**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 8, 2025

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:     United States v. Adrian Carrillo Romo,
         24 Cr. 257 (ER)**

Dear Judge Ramos:

    I write to request a two-to-three week adjournment of Mr. Carrillo Romo's sentencing, which is currently scheduled for May 1, 2025.   This additional time will allow me to finish collecting mitigation materials and to prepare to represent Mr. Carrillo Romo effectively at sentencing.   The government consents to this request.

    Specifically, in order to accommodate Mr. Carrillo Romo and his family's travel from California, I respectfully request that the sentencing be rescheduled, if possible, for the morning or early afternoon of May 16, 22, or 23.   I understand that the government is generally available on those dates.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSAs Alexandra Messiter and Jerry Fang

---

Sentencing is adjourned to May 22, 2025, at 11 am.
SO ORDERED

Edgardo Ramos, U.S.D.J.
Dated: 4/11/2025
New York, New York